Scott R. Pettitt, NV Bar # 11682
MGM RESORTS INTERNATIONAL
6385 S. Rainbow Blvd., Suite 500
Las Vegas, NV 89118
Telephone: (702) 692- 1937
Fax No.: (702) 669-4501
Emails: spettitt@mgmresorts.com
*Attorneys for Defendant*
*MGM Resorts International Operations, Inc. a Nevada Corporation*

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHERRI LANE,<br><br>    Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL OPERATIONS, INC, A NEVADA CORPORATION,<br><br>    Defendant. | Case No.:<br><br>Nevada Eighth Judicial District Court Case No.: A-24-906617-C<br><br>**NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA PURSUANT TO 28 U.S.C. §§ 1331 and 1441(a)** |

Pursuant to 28 U.S.C. §§ 1331 and 1441(a), Defendant MGM Resorts International Operations, Inc, a Nevada Corporation ("Defendant"), hereby notifies the Court of the removal of *CHERRI LANE v. MGM RESORTS INTERNATIONAL OPERATIONS, INC. A NEVADA CORPORATION*, Case No. A-24-906617-C, which was filed in the Eighth Judicial District Court in Clark County, Nevada. In support of said removal, Defendant states as follows:

## SERVICE AND PLEADINGS FILED IN STATE COURT

1.    The Plaintiff, Cherri Lane ("Plaintiff"), commenced this action in the Eighth Judicial District Court of Clark County, Nevada, entitled CHERRI LANE v. MGM RESORTS INTERNATIONAL OPERATIONS, INC, A NEVADA CORPORATION. A copy of the Complaint that she filed on November 25, 2024 is attached hereto as **Exhibit A**.

2.    This Court has original federal question jurisdiction over this civil action pursuant to 28 U.S.C. §1367, because Plaintiff's Complaint is based upon Title VII of the Civil Rights Act

1

of 1964.  *See*, Exhibit A at p.1, ln. 20-21. Accordingly, this case is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1391(b), in that it is a civil action addressing a question of federal law. Accordingly, Defendant may remove this action without regard to the amount in controversy or the citizenship of the parties.

5.      Defendant consents to this removal, and there are no other named defendants to join herein or who are required to consent to this removal.

### TIMELINESS OF REMOVAL

6.      This Notice of Removal is being filed within thirty (30) days of receipt of any pleadings setting forth the claim for relief upon which the action is based and is, therefore, timely under 28 U.S.C. § 1331 and § 1446(b).

### NOTICE TO ALL PARTIES AND STATE COURT

7.      In accordance with 28 U.S.C. § 1446(d), the undersigned counsel certifies that a copy of this Notice of Removal and all supporting papers promptly will be served on Plaintiff and filed with the Clerk of the Eighth Judicial District Court of Clark County, Nevada. Moreover, as of the date of this filing, no other defendant has been named or served.  Therefore, all procedural requirements under 28 U.S.C. § 1446 have been satisfied.

### VENUE

8.      Venue is proper in this Court as this is the court for the district and division embracing the place where the action is pending in state court. 28 U.S.C. § 1391.  Moreover, Plaintiff concedes in her Complaint that venue is proper under 28U.S.C. § 1391(b), "as the discrimination and retaliation occurred within the District of Nevada." See, Exhibit A at p. 2, ln. 1-2.

WHEREFORE, Defendant prays that the above-referenced action now pending in the Eighth Judicial District Court of the State of Nevada in and for the County of Clark be removed therefrom to this Court.

Dated this 16th day of December, 2024.

2

Respectfully submitted,


_/s/ Scott R. Pettitt_
Scott R. Pettitt, NV Bar # 11682
6385 S. Rainbow Blvd., Suite 500
Las Vegas, NV 89118
Telephone: (702) 692- 1937
Fax No.: (702) 669-4501
Email: spettitt@mgmresorts.com
*Attorneys for Defendant MGM Resorts*
*International Operations, Inc. a Nevada*
*Corporation*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2024, I electronically filed a copy of the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which sent a notification of such filing NEF and/or depositing same in the United States mail, first class postage fully prepaid to the persons and addresses listed below:

Kevin F. Boyle, Esq.
5465 Cardinal Ridge Court 102
Las Vegas, Nevada 89149
*Attorney for the Plaintiff*

*/s/ Claire Castellas*
Employee of MGM Resorts International
6385 S. Rainbow Blvd., Suite 500
Las Vegas, NV 89118
Telephone: (702) 692-5682
Fax No.: (702) 669-4501

4