Scott R. Pettitt, NV Bar # 11682
MGM RESORTS INTERNATIONAL
6385 S. Rainbow Blvd., Suite 500
Las Vegas, NV 89118
Telephone: (702) 692-5672
Emails: spettitt@mgmresorts.com
*Attorneys for Defendant MGM Resorts International Operations, Inc.*

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CHERRI LANE,<br><br>       Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL OPERATIONS, INC, A NEVADA CORPORATION,<br><br>       Defendant. | CASE NO.: 2:24-CV-02344-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS [ECF 10]**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff CHERRI LANE, on one hand, and Defendant MGM RESORTS INTERNATIONAL OPERATIONS, INC., on the other hand, by and through their respective undersigned attorneys of record (collectively, the "Parties"), hereby stipulate and agree subject to the Court's approval to extend time for Plaintiff to respond to the Defendant's Motion to Dismiss (ECF No. 10).

1. On December 16, 2024 Defendant filed its Notice of Removal of Action to the United States District Court (ECF No. 1).

2. On December 23, 2024, Defendant filed its Motion to Dismiss (ECF No. 10). Defendant believed that Plaintiff's counsel was registered for electronic service and therefore attached to the motion a Certificate of Service incorrectly stating that Plaintiff had been served with the motion through the CM/ECF system.

3. It later came to the attention of the Defendant that Plaintiff had not been served with the Motion to Dismiss. Defense counsel then reached out to Plaintiff's counsel on January 15, 2025 to inquire as to whether service had been received. Plaintiff's counsel confirmed

that he had not been served with the motion.

4. On January 15, 2025, Defendant served Plaintiff with a copy of the motion to dismiss by electronic mail to Plaintiff's counsel.

5. Defendant thereafter filed an Errata to the Certificate of Service (ECF No. 13), indicating that service had been made on January 15, 2025, not December 23, 2025.

6. Considering the lack of service of the Motion to Dismiss on December 23, 2025, the "clock" did not begin to run on Plaintiff's deadline to respond to the Motion to Dismiss. See, LR 7-2 ("[t]he deadline to file and serve any points and authorities in response to the motion is 14 days after service of the motion.").

7. Based on the irregularities in service of the motion, Counsel for the parties met and conferred on January 17, 2025.

8. Subject to the Court's approval, the Parties have agreed that the plaintiff shall have an additional fifteen (15) days from the date of filing of this stipulation to respond to the Motion to Dismiss (ECF No. 10).

9. Good cause exists to grant this stipulation and it is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

DATED: January 17, 2025

/s/ Scott R. Pettitt                    .
SCOTT R. PETTITT
Nevada Bar No. 11682
6385 S. Rainbow Blvd., Suite 500
Las Vegas, NV 89118
Emails: spettitt@mgmresorts.com
*Attorneys for Defendant MGM Resorts International Operations, Inc.*

DATED: January 17, 2025

THE LAW OFFICE OF KEVIN F. BOYLE

/s/ Kevin F. Boyle                    .
KEVIN F. BOYLE
Nevada Bar No. 14834
5465 Cardinal Ridge Court 102
Las Vegas, Nevada 89149
Email: kevinfboylelaw@gmail.com
*Attorneys for Plaintiff Cherri Lane*

Dated: January 17, 2025.

IT IS SO ORDERED.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

2