# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CHERRI LANE,

     Plaintiff,

v.

MGM RESORTS INTERNATIONAL OPERATIONS INC.,

     Defendant.

Case No. 2:24-cv-02344-GMN-NJK

**Order**

[Docket No. 14]

Pending before the Court is the parties' stipulation to stay discovery. Docket No. 14. The stipulation fails to address the governing standards. *See* Docket No. 14 at 1.

Accordingly, the pending stipulation is **DENIED** without prejudice. Docket No. 14. If the parties seek a stay of discovery, they must file, by January 28, 2025, a request addressing the pertinent standards. *See Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013). If such a request to stay discovery is not filed, a joint discovery plan must be filed by January 30, 2025.

IT IS SO ORDERED.

Dated: January 21, 2025

Nancy J. Koppe
United States Magistrate Judge

1