UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHERRI LANE,<br><br>                Plaintiff,<br>vs.<br><br>MGM RESORTS INTERNATIONAL OPERATIONS, INC, A NEVADA CORPORATION,<br><br>                Defendant. | Case No.: 2:24-cv-02344-GMN-NJK<br><br>**ORDER GRANTING MOTION TO DISMISS** |

        Defendant MGM Resorts International Operations, Inc. filed a Motion to Dismiss, (ECF No. 10), to which Plaintiff Cherri Lane did not respond by the February 3, 2025, deadline.

        In the Court's previous Order Extending Plaintiff's Response Deadline, it noted that the Motion to Dismiss was filed on December 23, 2024. (Order Extending Deadline, ECF No. 15). It was Defendant's belief that Plaintiff's counsel was registered for electronic service and therefore attached to the motion a Certificate of Service incorrectly stating that Plaintiff had been served with the motion through the CM/ECF system. (*Id.*). Defendant later learned that Plaintiff's counsel was not registered for electronic service and had not been served with the Motion to Dismiss. (*Id.*). Defendant then served Plaintiff with the Motion to Dismiss on January 15, 2025. (*Id.*). The Parties stipulated to a new Response deadline of February 3, 2025. The Order Extending Plaintiff's Response Deadline was emailed to Defendant's counsel and mailed to Plaintiff's counsel. Accordingly, both Parties were on notice of the deadline.

        As of the date of this Order, Plaintiff has failed to respond to the Motion to Dismiss or otherwise inform the Court of her intent to oppose. Pursuant to LR 7.2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under

Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." Therefore, the Court GRANTS the Motion to Dismiss as unopposed.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Dismiss, (ECF No. 10), is **GRANTED**. The action is dismissed without prejudice.

The Clerk of Court is kindly requested to close this case.

**DATED** this __11__ day of March, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT